IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WOODSTREAM CORPORATION, :
: 
Plaintiff, : No. 07-CV-2053
:
v. : Judge Jones
:
WAGNER'S LIMITED LIABILITY :
COMPANY, :
:
Defendant. :

## MEMORANDUM

November 16, 2007

## THE BACKGROUND OF THIS MEMORANDUM IS AS FOLLOWS:

This Court is in receipt of Plaintiff's Answer (doc. 3) to our Rule to Show Cause (doc. 2) why this action should not be transferred to the Eastern District of Pennsylvania. Therein, Plaintiff "acknowledge[d] that this action should be transferred to the Eastern District of Pennsylvania . . . [and] "request[ed] that the case be immediately transferred . . . ." Id. at 1-2.

Thus, we will transfer this action to the Eastern District of Pennsylvania. We will do so because, as Plaintiff's Answer to our Rule to Show Cause appears to acknowledge, Plaintiff's location in Lititz, Pennsylvania, which is in the Eastern

District of Pennsylvania, renders said district a more appropriate and convenient location for this action. Accordingly, pursuant to 28 U.S.C. § 1404(a), we will transfer this action to the District Court for the Eastern District of Pennsylvania.